# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Evelyn K. Racavitch aka Evelyn Racavitch<br>Debtor(s) | BK NO. 18-00455 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan servicing LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1 Certificates and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          412-430-3594