United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Evanthia E. Winans  
       Debtor

Case No. 17-11047-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: May 09, 2018  
                              Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.  
13995862      Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. BOX 2460,    West Palm Beach, FL 33416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:

        CAROL B. MCCULLOUGH    on behalf of Debtor Evanthia E. Winans mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com  
        DAVID   NEEREN    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for dneeren@udren.com, vbarber@udren.com  
        DAVID   NEEREN    on behalf of Creditor   The Bank of New York Mellon Trust Company etal dneeren@udren.com, vbarber@udren.com  
        JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon Trust Company etal paeb@fedphe.com  
        KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company etal bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank of New York Mellon Trust Company etal paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                      TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11047-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Evanthia E. Winans
309 S. Madison Avenue
Upper Darby PA 19082-2822

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/08/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 7: Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. BOX 2460, West Palm Beach, FL 33416 | Nationstar Mortgage,LLC d/b/a Mr. Cooper P.O.Box 619094, Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/11/18

Tim McGrath
**CLERK OF THE COURT**