UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  
Evanthia E. Winans,  
Debtor.  
_____/

CASE NO.: 17-11047-amc  
CHAPTER 13

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE THAT, on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC  
BANKRUPTCY DEPARTMENT  
130 CLINTON ROAD, SUITE 202  
FAIRFIELD, NJ 07004

RAS Citron, LLC  
Authorized Agent for Secured Creditor  
130 Clinton Road, Suite 202  
Fairfield, NJ 07004  
Telephone: 973-575-0707  
Facsimile: 973-404-8886  
By: /s/Kevin Buttery  
Kevin Buttery, Esquire  
Email: kbuttery@rascrane.com

18-208976 - CaS  
WINANS, ESTATE OF WILLIAM  
Request for Service  
Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MCCULLOUGH EISENBERG, LLC
65 W. STREET ROAD
SUITE A-204
WARMINISTER, PA 18974

EVANTHIA E. WINANS
309 S. MADISON AVENUE
UPPER DARBY, PA 19082-2822

WILLIAM C. MILLER
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

> RAS Citron, LLC
> Authorized Agent for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone: 973-575-0707
> Facsimile: 973-404-8886
> By: /s/Kevin Buttery
> Kevin Buttery, Esquire
> Email: kbuttery@rascrane.com