United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11047-amc
Evanthia E. Winans                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 01, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
14239368        US Bank Trust National Association as trustee of t,    P.O. Box 10675,
                  Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Evanthia E. Winans mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DAVID   NEEREN    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
               dneeren@udren.com,    vbarber@udren.com
              DAVID   NEEREN    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
               dneeren@udren.com,    vbarber@udren.com
              JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
               paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor   US Bank National Association, As Trustee, et als.
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor   US Bank National Association kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11047-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Evanthia E. Winans
309 S. Madison Avenue
Upper Darby PA 19082-2822

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/01/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC  29603-0675

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
of Cabana Series III Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/03/19

Tim McGrath
**CLERK OF THE COURT**