# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-11047-amc |
| Evanthia E. Winans | Chapter 13 |
| Debtor, | |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X, | |
| Movant, | |
| v. | |
| Evanthia E. Winans, and | |
| WILLIAM C. MILLER, Esq., Ch. 13 Trustee | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this ____ day of Feb, 2019, upon consideration of U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X; and it is further

ORDERED, that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X, be entitled to proceed with appropriate state court remedies against the property located at 309 South Madison Avenue, Upper Darby, Pennsylvania 19082, including without limitation a sheriff's sale of the property, and it is further

17-11047-amc
18-208976
MFR

*The Motion is denied.*

~~ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X shall provide notice of any surplus to the Trustee promptly after the property is disposed of.~~

~~ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.~~

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

17-11047-amc
18-208976
MFR