United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-11047-amc
Evanthia E. Winans                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Mar 08, 2019
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db              Evanthia E. Winans,    309 S. Madison Avenue,    Upper Darby, PA 19082-2822
cr             +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE.,,
                 SUITE 100,    BOCA RATON, FL 33487-2853
cr             +US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C,    GHIDOTTI BERGER LLP,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
14197202       +U.S. BANK NATIONAL ASSOCIATION,    c/o KEVIN M. BUTTERY,    RAS Citron LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
14060471       +U.S. Bank National Association,    RAS Crane, LLC,    c/o Kevin Buttery, Esquire,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14267511       +U.S. Bank Trust National Association, as Trustee,    of Cabana Series III Trust,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14239368        US Bank Trust National Association as trustee of t,    P.O. Box 10675,
                 Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2019 02:46:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             US Bank Trust National Association as trustee of t,    P.O. Box 10675,
                 Greenville, SC  29603-0675
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
          CAROL B. MCCULLOUGH    on behalf of Debtor Evanthia E. Winans mccullougheisenberg@gmail.com,
           G25217@notify.cincompass.com
          DAVID   NEEREN    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for
           dneeren@udren.com,    vbarber@udren.com
          DAVID   NEEREN    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
           dneeren@udren.com,    vbarber@udren.com
          JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
           paeb@fedphe.com
          KEVIN M. BUTTERY    on behalf of Creditor   US Bank National Association kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor   US Bank National Association, As Trustee, et als.
           kbuttery@rascrane.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank of New York Mellon Trust Company etal
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-11047-amc |
|---|---|
| Evanthia E. Winans | Chapter 13 |
|     Debtor, | |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X, | |
|     Movant, | |
| v. | |
| Evanthia E. Winans, and | |
| WILLIAM C. MILLER, Esq., Ch. 13 Trustee | |
|     Respondents. | |

### ORDER OF COURT

AND NOW, this ____ day of _____, 201_, upon consideration of U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X; and it is further

ORDERED, that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X, be entitled to proceed with appropriate state court remedies against the property located at 309 South Madison Avenue, Upper Darby, Pennsylvania 19082, including without limitation a sheriff's sale of the property, and it is further

17-11047-amc
18-208976
MFR

*The Motion is denied.*

ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X shall provide notice of any surplus to the Trustee promptly after the property is disposed of.

ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

17-11047-amc
18-208976
MFR