# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-11047-ELF

EVANTHIA WINANS

309 S. MADISON AVENUE

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EVANTHIA WINANS

    309 S. MADISON AVENUE

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    CAROL B. MCCULLOUGH
    MCCULLOUGH & EISENBERG
    65 WEST STREET RD #A-105
    WARMINSTER, PA 18974-

Date: 6/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee