Certificate Number: 14424-PAE-DE-036377201

Bankruptcy Case Number: 17-11047



14424-PAE-DE-036377201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2022, at 10:07 o'clock PM EST, Evanthia Winans completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 6, 2022           By:   /s/Edsie Lim

                                Name: Edsie Lim

                                Title: Certified Personal Finance Counselor