United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-11047-elf

Evanthia E. Winans                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 3
Date Rcvd: Apr 08, 2022                 Form ID: 138OBJ                                 Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Evanthia E. Winans, 309 S. Madison Avenue, Upper Darby, PA 19082-2822 |
| 13961552 | + | Marc A. Crum, 555 Walnut Street, 8th Floor, Harrisburg, PA 17101-1928 |
| 13959857 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14103950 | | Nationstar Mortgage,LLC d/b/a Mr., Cooper P.O.Box 619094, Dallas, TX, 75261-9741 |
| 13989780 | + | Ocwen Loan Servicing, LLC, c/o DAVID NEEREN, Udren Law Offices, P.C., 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| 13995862 | | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. BOX 2460, West Palm Beach, FL 33416 |
| 13961553 | + | Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg, PA 17101-1928 |
| 13871340 | + | The Bank of New York, C/o Stern & Eisenberg, 1581 Main St Ste 200, Warrington, PA 18976-3403 |
| 14197202 | + | U.S. BANK NATIONAL ASSOCIATION, c/o KEVIN M. BUTTERY, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14267511 | + | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14512612 | + | US Bank Trust N.A., as Trustee of Cabana Series III, c/o Brian E. Caine, Esq., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14239368 | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14672541 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13895580 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:21 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13946439 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13945297 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 23:58:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13875545 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:59:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13870374 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13946578 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14060471 | + | Email/Text: RASEBN@raslg.com | Apr 08 2022 23:58:13 | U.S. Bank National Association, RAS Crane, LLC, c/o Kevin Buttery, Esquire, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14629705 | + | Email/Text: bknotices@snsc.com | | |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Apr 08, 2022        Form ID: 138OBJ        Total Noticed: 23

Apr 08 2022 23:58:00    U.S. Bank Trust, N.A., as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13871339 | | 17-11047 |
| 13950063 | | THE BANK OF NEW YORK MELLON, ET AL |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Evanthia E. Winans mccullougheisenberg@gmail.com  cbmccullough64@gmail.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for dneeren@udren.com, vbarber@udren.com |
| DAVID NEEREN | on behalf of Creditor The Bank of New York Mellon Trust Company etal dneeren@udren.com  vbarber@udren.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon Trust Company etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor US Bank National Association cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor US Bank National Association  As Trustee, et als. cdigianantonio@rascrane.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: Apr 08, 2022        Form ID: 138OBJ        Total Noticed: 23

REBECCA ANN SOLARZ
> on behalf of Creditor The Bank of New York Mellon Trust Company etal bkgroup@kmllawgroup.com
> rsolarz@kmllawgroup.com

THOMAS SONG
> on behalf of Creditor The Bank of New York Mellon Trust Company etal tomysong0@gmail.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
> on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,
> mortoncraigecf@gmail.com


TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Evanthia E. Winans

          Debtor(s)

Case No: 17−11047−elf

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22