IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Evanthia E. Winans,<br>            Debtor<br><br>SN Servicing Corporation as servicer for<br>U.S Bank Trust National Association As<br>Trustee of Cabana Series III Trust,<br>            Movant<br><br>Evanthia E. Winans<br>KENNETH E. WEST– Trustee,<br>            Respondents | Case No.: 17-11047-elf<br><br>Chapter: 13<br><br>Judge Eric L. Frank |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer
> for U.S Bank Trust National Association As Trustee
> of Cabana Series III Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, New York 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this

case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: 05/24/2022

> By: /s/ *Lauren M. Moyer*
> Lauren M. Moyer, Esquire
> FRIEDMAN VARTOLO LLP
> Attorneys for SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, New York 11530
> T: (212) 471-5100
> F: (212) 471-5150
> Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Evanthia E. Winans,<br>              Debtor<br><br>SN Servicing Corporation as servicer for<br>U.S Bank Trust National Association As<br>Trustee of Cabana Series III Trust,<br>              Movant<br><br>Evanthia E. Winans<br>KENNETH E. WEST– Trustee,<br>              Respondents | Case No.: 17-11047-elf<br><br>Chapter: 13<br><br>Judge Eric L. Frank |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

The undersigned counsel for SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: 05/24/2022

                                                          FRIEDMAN VARTOLO, LLP.

                                                          By: /s/ *Lauren M. Moyer*
                                                          Lauren M. Moyer, Esquire
                                                          FRIEDMAN VARTOLO LLP
                                                          Attorneys for SN Servicing Corporation as servicer for
                                                          U.S Bank Trust National Association As
                                                          Trustee of Cabana Series III Trust
                                                          1325 Franklin Avenue, Suite 160
                                                          Garden City, New York 11530
                                                          T: (212) 471-5100
                                                          F: (212) 471-5150
                                                          Bankruptcy@FriedmanVartolo.com

**Service by NEF**

    **Trustee**
    **KENNETH E. WEST**
    **Office of the Chapter 13 Standing Trustee**
    **1234 Market Street - Suite 1813**
    **Philadelphia, PA 19107**

    **Debtor's Counsel**
    CAROL B. MCCULLOUGH
    McCullough Eisenberg, LLC
    65 W. Street Road
    Suite A-204
    Warminister, PA 18974

    **U.S. Trustee**
    United States Trustee
    Office of the U.S. Trustee
    200 Chestnut Street
    Suite 502
    Philadelphia, PA 19106

**Service by First-Class Mail**

    **Debtor**
    Evanthia E. Winans
    309 S. Madison Avenue
    Upper Darby, PA 19082-2822
    DELAWARE-PA