United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-11047-elf

Evanthia E. Winans  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 138FIN | Total Noticed: 3 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Evanthia E. Winans, 309 S. Madison Avenue, Upper Darby, PA 19082-2822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Evanthia E. Winans mccullougheisenberg@gmail.com cbmccullough64@gmail.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing LLC as servicer for dneeren@udren.com, vbarber@udren.com |
| DAVID NEEREN | on behalf of Creditor The Bank of New York Mellon Trust Company etal dneeren@udren.com vbarber@udren.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 22, 2022 | Form ID: 138FIN | Total Noticed: 3 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor The Bank of New York Mellon Trust Company etal paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor US Bank National Association As Trustee, et als. cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor US Bank National Association cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust N.A., as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association AsTrustee of Cabana Series III Trust lmoyer@friedmanvartolo.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon Trust Company etal bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor The Bank of New York Mellon Trust Company etal tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Evanthia E. Winans
       Debtor(s)

Case No: 17−11047−elf
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/22/22

101 − 100
Form 138FIN