United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 17-11047-elf
Evanthia E. Winans                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                                 Page 1 of 2
Date Rcvd: Jul 25, 2022                       Form ID: 195                                                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Evanthia E. Winans, 309 S. Madison Avenue, Upper Darby, PA 19082-2822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Evanthia E. Winans mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing LLC as servicer for dneeren@udren.com, vbarber@udren.com |
| DAVID NEEREN | on behalf of Creditor The Bank of New York Mellon Trust Company etal dneeren@udren.com vbarber@udren.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon Trust Company etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: 195 | Total Noticed: 1 |

KEVIN M. BUTTERY
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor US Bank National Association  As Trustee, et als. cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor US Bank National Association cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association AsTrustee of Cabana Series III Trust lmoyer@friedmanvartolo.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon Trust Company etal bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor The Bank of New York Mellon Trust Company etal tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Evanthia E. Winans  : Case No. 17−11047−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 25, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

103
Form 195